# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

### No. ACM S32676

————————————

### UNITED STATES
*Appellee*

**v.**

### Xhyjhaet T. MARSHALL
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 13 December 2021

————————————

*Military Judge:* Brett A. Landry.

*Sentence:* Sentence adjudged on 10 November 2020 by SpCM convened at Nellis Air Force Base, Nevada. Sentence entered by military judge on 11 December 2020: Bad-conduct discharge, confinement for 12 months, reduction to E-1, and a reprimand.

*For Appellant:* Captain Ryan S. Crnkovich, USAF.

*For Appellee*: Lieutenant Colonel Matthew J. Neil, USAF; Major John P. Patera, USAF; Mary Ellen Payne, Esquire.

Before LEWIS, ANNEXSTAD, and OWEN, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

The findings and sentence as entered are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(d), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(d).

*Manual for Courts-Martial, United States* (2019 ed.). Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court